**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2070**

———————

MARCUS BEASLEY,

Plaintiff - Appellant,

versus

SODEXHO USA, INCORPORATED; DAVID HEALEY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-99-
1313-MJG)

———————

Submitted:  November 30, 2000        Decided:  December 6, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marcus Beasley, Appellant Pro Se. Todd James Horn, VENABLE, BAETJER
& HOWARD, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marcus Beasley appeals the district court's order granting summary judgment to his former employer and subsequent order denying his motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Beasley v. Sodexho USA, Inc., No. CA-99-1313-MJG (D. Md. June 15[*] & July 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on June 14, 2000, the district court's records show that it was entered on the docket sheet on June 15, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).